

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2019

No. 04-18-00884-CR

Josue Aaron **DELGADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR2683
The Honorable Laura Lee Parker, Judge Presiding

# O R D E R

The reporter's record in this appeal was originally due January 7, 2019; however the court extended the deadline to February 11, 2019. The court reporter, Erminia Uviedo, has filed a request for a further extension of time to March 1, 2019. We grant the motion and **order** Ms. Uviedo to file the record by **March 1, 2019**. The reporter is advised that the court will not grant a further extension of time unless she (1) establishes there are extraordinary circumstances that prevent her from timely filing the record, (2) advises the court of what efforts have been expended to prepare the record and the status of completion, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court